CATERINA POLLINI, Respondent, v. WESTCHESTER ELECTRIC RAILROAD

COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.